1  PHILLIP A. TALBERT
   United States Attorney
2  ANGELA L. SCOTT
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 5:17-MJ-00046-JLT

                          Plaintiff,       [PROPOSED] ORDER SEALING DOCUMENTS
12                                         AS SET FORTH IN GOVERNMENT'S
                  v.                       APPLICATION
13
    TOMMIE THOMAS,
14
                          Defendant.
15

16

17       Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

18  Request to Seal, IT IS HEREBY ORDERED that the government's Complaint, affidavit in support of

    the Complaint, and arrest warrant pertaining to defendant TOMMIE THOMAS, Government's Request
19
    to Seal, and this Sealing Order shall be SEALED until further order of this Court.
20
         It is further ordered that access to the sealed documents shall be limited to the government and,
21
    upon defendant's counsel for the defendant.
22

23
    Dated:    12/6/17                          _____
24                                             THE HONORABLE JENNIFER L. THURSTON
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28